IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 16-0198-CG-M |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED,** and **DECREED** that the decision of the Defendant Acting Commissioner of Social Security denying the Plaintiff claimant benefits is **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g).

**DONE and ORDERED** this 6th day of January, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE